FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUN 12 PM 2:53
CLERK
SO. DIST. OF GA. 

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 411-050 |
| ANDREW D. WILBURN | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 12th day of June, 2018.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA